SAA/2020R00628

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 22-510 (CPO) |
| v. | : | |
| CARLOS MATCHETT | : | 18 U.S.C. § 2101 |

### INFORMATION

The United States Attorney for the District of New Jersey charges:

On or about May 31, 2020, in Atlantic County, in the District of New Jersey, defendant

### CARLOS MATCHETT

used a facility of interstate and foreign commerce, namely, a cellular telephone and the social media platform Facebook, Inc., with intent to participate in and carry on a riot, as defined in Title 18, United States Code, Section 2102(a), and during the course of such use, and thereafter, performed and attempted to perform an overt act for the purpose of participating in and carrying on a riot, namely, by assisting in the looting of retail locations in Atlantic City, New Jersey, disrupting traffic, and refusing to disperse upon direction from law enforcement officers.

In violation of Title 18, United States Code, Section 2101.

_/s/ Philip R. Sellinger_ by A.
PHILIP R. SELLINGER
United States Attorney

CASE NUMBER: 22-

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

CARLOS MATCHETT

INFORMATION FOR

18 U.S.C. § 2101

PHILIP R. SELLINGER
U.S. ATTORNEY, NEWARK, NEW JERSEY

SARA A. ALIABADI
Assistant U.S. Attorney
Camden, New Jersey
(856) 757-5026